UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GECKO DEVELPMENT
CORPORATION,

    Plaintiff,

v.                                                 Case No. 2:21-cv-463-JES-NPM

RALPH BENJAMIN O'NEAL, JR.,

    Defendant.
_____

## ORDER

Before the Court is Plaintiff's motion to abate the filing of a case management report (Doc. 19), and Defendant's motion for a continuance of 60-90 days (Doc. 20), which the Court construes as a motion to continue the telephonic Preliminary Pretrial Conference scheduled for October 28, 2021.

Defendant O'Neal, who is currently proceeding without counsel, was served with process on July 1, 2021. (Doc. 8). He has since filed a request for a 60-day extension of time to respond to the operative complaint (Doc. 9), and the instant motion for a 60–90-day continuance (Doc. 20).

Federal Rule of Civil Procedure 11 requires parties to include their phone number and email address when signing pleadings, motions and other papers. Failing to comply with this rule, O'Neal has only provided his postal address in his

submissions to the Court. O'Neal is DIRECTED to fully comply with Rule 11 in all future filings. With the PPTC having previously been rescheduled from September 16 to October 28, O'Neal fails to state good cause to delay the conference for another 60-90 days.

Accordingly, Defendant's motion to continue (Doc. 20) is DENIED. But because this order will need to be mailed to O'Neal, and to avoid any confusion about whether O'Neal must telephonically attend the PPTC, the PPTC will be rescheduled once—and only once—more. The Clerk is directed to re-notice the PPTC for 10:00AM on November 10, 2021. The notice will include dial-in instructions and O'Neal is directed to dial-in.

And in the meantime, the Court will suspend the deadline for the parties to prepare and submit their case management report. Accordingly, Plaintiff's motion (Doc. 19) is GRANTED.

**ORDERED** in Fort Myers, Florida on October 26, 2021.

_Nicholas P. Mizell_
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE